Form summon (07/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Benjamin R. Davison**<br><br>**Debtor**<br><br>**Benjamin R. Davison**<br><br>**Plaintiff**<br><br>**Navient Solutions, LLC**<br><br>**Defendant** | **Case Number 17–04512–jwb**<br><br>**Adv. Pro. No. 18–80030–jwb**<br><br>**Chapter 7**<br><br>**Honorable James W. Boyd** |

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED and** required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court 30 (thirty) days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Address of Clerk:

> DANIEL M. LAVILLE, Clerk of Court
> United States Bankruptcy Court
> One Division Ave., N.
> Room 200
> Grand Rapids, MI 49503

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

> Nicholas Scott Laue
> Keller & Almassian, PLC
> 230 E. Fulton Street
> Grand Rapids, MI 49503

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**Date Issued:   February 13, 2018**

**Clerk of the Bankruptcy Court**
**s/ DANIEL M. LAVILLE**



**CERTIFICATE OF SERVICE**

I, _____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ by:

___ Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:

___ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

___ Residence Service: By leaving the process with the following adult at:

___ Publication: The defendant was served as follows: [Describe briefly]

___ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

    Under Penalty of perjury, I declare that the foregoing is true and correct.


Date:_____ Signature:_____



Print Name:_____

Business Address:_____

City:_____State:_____Zip:_____